## 36678. STILL v. CITIZENS & SOUTHERN NATIONAL BANK.

QUILLIAN, J. 1. The Citizens & Southern National Bank of Macon, Georgia, obtained a final judgment against Samual A. Still, Sr., and Samual A. Still, Jr., on a note of which they were comakers. Samual A. Still, Sr., filed a bill of exceptions in which Samual A. Still, Jr., was not made a party.

2. " 'All parties who are interested in sustaining the judgment of the court below, or who would be affected by a judgment of reversal, are indispensable parties in the . . . [appellate court], and must be made parties to the bill of exceptions, or

the writ of error will be dismissed. Civil Code (1910), § 6176 (Code § 6-1202) ; *Emanuel Farm Co.* v. *Batts,* 176 *Ga.* 552 (168 S. E. 316)'; *Malsby* v. *Shipp,* 177 *Ga.* 54 (1) (169 S. E. 308)." *Stewart* v. *Stewart,* 208 *Ga.* 83 (2) (65 S. E. 2d 151).

3. In the present case Samual A. Still, Jr., being a joint maker of the note, had a right of contribution against Samual A. Still, Sr., and would be affected by a judgment of reversal and should have been made a party to the bill of exceptions. *Hall* v. *Harris,* 6 *Ga. App.* 822 (65 S. E. 1086) ; *Westbrook* v. *James,* 89 *Ga. App.* 234 (79 S. E. 2d 19). An essential party not having been made a party to the bill of exceptions the writ of error must be

*Dismissed. Felton, C. J., and Nichols, J., concur.*

DECIDED MAY 16, 1957.

*Adams, O'Neal & Steele,* for plaintiff in error.
*Sell & Comer,* contra.

